1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAZARO SAUCEDO ZAVALETA, | ) | Case № 1:25-cv-1768-DAD-CKD |
| Petitioner, | ) ) | **O R D E R** |
| vs. | ) ) | **WITHDRAWING FEDERAL DEFENDER, APPOINTING** |
| WARDEN OF THE GOLDERN STATE ANNEX, et al, | ) ) ) | **COUNSEL AS CJA *PRO HAC VICE*, AND EXTENDING CONFERRING/FILING** |
| Respondents. | ) ) | **BRIEFING SCHEDULE** |

Upon the Federal Defender's *Motion* after this Court appointed the Defender as counsel for Petitioner Lazaro Saucedo Zavaleta December 10, 2025 as qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance adapted to for a 28 U.S.C. § 2241 detained person in ICE custody case when the Federal Defender and district CJA counsel are unavailable), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1. Withdrawing the Federal Defender as counsel and

*Zavaleta v. Warden*                      1          Order Withdrawing Federal Defender, Appointing CJA Counsel, and Extend Meet and Confer and Briefing Dates

2. Pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, appointing *pro hac vice* to practice in California's Eastern District and as *pro hac vice* CJA counsel Kevin C. Milne to represent Petitioner Lazaro Saucedo Zavaleta, *nunc pro tunc* to the Federal Defender contacting them about this appointment, December 12, 2025.

3. Extending the time for new counsel to meet and confer with opposing counsel on their briefing schedule and to jointly file that schedule with the court by January 9, 2026.

Dated: 12/31/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 zava1768.phv.cja